UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RICHARD S. VIVEEN, an individual, | Case No. 1:14-cv-00858 |
| Plaintiff, | Honorable |
| Vs. | **PLAINTIFF'S NOTICE OF DISMISSAL, VOLUNTARILY, WITHOUT HEARING, COURT ORDER** |
| GEORGE HOLMES and CARL L. BLAUWKAMP, individuals | |
| Defendant. | |

_____/

T. Michael Doyle (P12931)
DOYLE & MALINZAK, P.C.
Attorney for Plaintiff
45 Blue Star Highway
Douglas, Michigan 49406
(269) 857-3111
_____/

NOW COMES the Plaintiff, by and through his attorneys, Doyle & Malinzak, P.C., voluntarily, without Court Order, pursuant to Civil Rule 41(a)(1)(A) and dismisses the above matter without prejudice.

Dated:  August 13, 2014            DOYLE & MALINZAK, P.C.
                                   Attorney for Plaintiff

                                   By: */s/ T. Michael Doyle*
                                      T. Michael Doyle (P12931)
                                      45 Blue Star Highway
                                      Douglas, Michigan 49406
                                      (269) 857-3111